IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL LAMB, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-00159 |
| | § | |
| SAM HOUSTON STATE UNIVERSITY, | § | |
| *Defendant.* | § | |

## DEFENDANT SAM HOUSTON STATE UNIVERSITY'S
## NOTICE OF THIRD SUPPLEMENTAL DISCLOSURE TO PLAINTIFF

Defendant, Sam Houston State University ("SHSU"), by and through its attorney of record, the Attorney General for the State of Texas, hereby gives notice that on this day it served Plaintiff with Defendant's Third Supplemental Disclosure.

Dated: September 17, 2012.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

JAMES "BEAU" ECCLES
General Litigation, Division Chief

*/s/ Ana Marie Jordan*
**ANA MARIE JORDAN**
Assistant Attorney General
Texas Bar No. 00790748
Southern District No.: 24125
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120  Phone/(512) 320-0667  Fax
Email: Ana.Jordan@texasattorneygeneral.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email and certified mail, 7010 1870 000 9849 7809 on September 17, 2012, upon the following individuals at the listed addresses:

Jo Miller
Attorney for Plaintiff
505 North Main
The Parsonage
Conroe, Texas 77301

/s/Ana Marie Jordan
**ANA MARIE JORDAN**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, Ana Marie Jordan, hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing pleading in accordance with the Electronic Case Files System of the Southern District of Texas on September 17, 2012.

/s/ Ana Marie Jordan
**ANA MARIE JORDAN**
Assistant Attorney General